SELF INITIATED
AMENDMENT

# United States District Court
## Eastern District of Pennsylvania

CHAMBERS OF
GENE E. K. PRATTER
JUDGE

5118 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1752

(267) 299-7350

April 27, 2006

FINANCIAL DISCLOSURE OFFICE
2006 MAY -4 P 3:37
RECEIVED

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re: **Amendment to 2005 Financial Disclosure Report**

Dear Committee Members:

Kindly accept this letter as an amendment to my 2005 Financial Disclosure Report. It has recently come to my attention that I am the owner of shares of Nationwide Financial Services, Inc. These shares, which I have discovered were issued as a result of the demutualization of Provident Mutual, were inadvertently omitted from the Disclosure Report that I recently submitted on April 5th.

In Section VII (Investments and Trusts), Section B(1) should read "A", Section B(2) should read "Dividend", Section C(1) should read "J" and Section C(2) should read "T".

Please feel free to contact me if you have any questions.

Sincerely,

Gene E.K. Pratter
*United States District Judge*

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pratter, Gene E | 2. Court or Organization<br><br>U.S. District Court, E.D. Pa. | 3. Date of Report<br><br>03/30/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>5118 United States Courthouse<br>Sixth & Markets Streets<br>Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 APR 11 A 10: 54 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Post-resignation return of capital. Parties: Duane Morris LLP & Gene E.K. Pratter. Capital will be returned in 2006 and 2007. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pratter, Gene E | 03/30/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2005 | Duane Morris LLP (Post Retirement Distribution) | $ 100,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2005 | Duane Morris LLP (Post Retirement Distribution) |
| 2. 2005 | PMA Capital Corporation (Sr. VP & General Counsel) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Attorneys Liability Assurance Society (ALAS) | June 2005 - Banff, Alberta, Canada - ALAS CLE seminar (Transportation, Food and Lodging) |
| 2. Federal Bar Association | September 2005 - Ft. Lauderdale, FL - Federal Bar Association seminar (Transportation, Food and Lodging) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2. (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prusky Portfolio - Retirement #1 | | None | | | Sale | 1/28 | M | E | |
| 2. First Eagle Overseas - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 3. | | | | | Sale | 3/8 | M | E | |
| 4. Brandywine - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 5. | | | | | Sale | 3/8 | M | E | |
| 6. Sound Shore - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 7. | | | | | Sale | 3/8 | M | E | |
| 8. Schwab Inst Trust - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 9. | | | | | Sale | 3/8 | N | F | |
| 10. StoneRidge Small Cap - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 11. | | | | | Sale | 3/8 | M | D | |
| 12. Vanguard Growth Equity - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 13. | | | | | Sale | 3/8 | M | E | |
| 14. BlackRock Core Bond - Retirement #1 | A | Dividend | | | Sale | 3/8 | L | D | |
| 15. BlackRock Low Duration Bond - Retirement #1 | B | Dividend | | | Buy | 2/9 | J | | |
| 16. | | | | | Sale | 3/8 | N | E | |
| 17. Janus Advisor Growth - Retirement #1 | | None | | | Buy | 2/9 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sale | 3/8 | L | D | |
| 19. Royce Opportunity - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 20. | | | | | Sale | 3/8 | M | D | |
| 21. Morgan Stanley Int'l Equity - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 22. | | | | | Sale | 3/8 | L | D | |
| 23. Julius Baer Int'l Equity - Retirement #1 | | None | | | Buy | 2/9 | J | | |
| 24. | | | | | Sale | 3/8 | L | D | |
| 25. Vanguard Total Bond Market Index - Retirement #2 | B | Dividend | K | T | Buy Monthly | | J | | |
| 26. Vanguard Index 500 - Retirement #2 | A | Dividend | K | T | Buy Monthly | | J | | |
| 27. Vanguard International Growth - Retirement #2 | A | Dividend | K | T | Buy Monthly | | J | | |
| 28. PMA Common Stock - Retirement #2 | | None | K | T | Buy Monthly | | J | | |
| 29. Vanguard Total Bond Market Index - Retirement #3 | B | Dividend | K | T | Buy Monthly | | J | | |
| 30. Vanguard Index 500 - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 31. Vanguard Windsor II - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 32. Vanguard International Growth - Retirement #3 | A | Dividend | K | T | Buy Monthly | | J | | |
| 33. Vanguard Short Term Bond - Retirement #4 | B | Dividend | | | Sale | 9/30 | K | B | |
| 34. Vanguard Windsor II - Retirement #4 | A | Dividend | | | Sale | 9/30 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vangurd US Growth - Retirement #4 | | None | | | Sale | 9/30 | J | B | |
| 36. Vanguard Explorer - Retirement #4 | | None | | | Sale | 9/30 | K | C | |
| 37. Vanguard Strategic Equity - Retirement #4 | | None | | | Sale | 9/30 | K | D | |
| 38. Vanguard International Growth - Retirement #4 | | None | | | Sale | 9/30 | K | C | |
| 39. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 40. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 41. Federated US Gov't 1 - 3 - Retirement #5 | A | Dividend | J | T | | | | | |
| 42. First Eagle Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 43. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 44. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 45. NB Fasciano - Retirement #5 | A | Dividend | J | T | | | | | |
| 46. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 47. Westcore MIDCO Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 48. Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 49. Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | J | T | | | | | |
| 50. PMA Common Stock - Retirement #6 | | None | K | T | | | | | |
| 51. Royce Opportunity - Retirement #6 | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 53. Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 54. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 55. Van Kampen Comstock - Retirement #6 | A | Dividend | J | T | | | | | |
| 56. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 57. StoneRidge Small Cap - Retirement #7 | | None | L | T | | | | | |
| 58. Baron Growth - Retirement #7 | D | Dividend | M | T | Partial Sale | 8/5 | K | C | |
| 59. Brandywine - Retirement #7 | | None | M | T | | | | | |
| 60. Columbia Growth - Retirement #7 | A | Dividend | | | Sale | 8/31 | L | D | |
| 61. DFA US Micro Cap - Retirement #7 | C | Dividend | K | T | | | | | |
| 62. DFA Emerging Markets Core Equity - Retirement #7 | A | Dividend | L | T | Buy | 8/5 | J | | |
| 63. | | | | | Buy | 8/31 | K | | |
| 64. | | | | | Buy | 11/4 | K | | |
| 65. DFA International Small Value - Retirement #7 | A | Dividend | J | T | Buy | 11/4 | J | | |
| 66. DFA International Value - Retirement #7 | A | Dividend | K | T | Buy | 11/4 | K | | |
| 67. DFA One Year Fixed - Retirement #7 | D | Dividend | N | T | | | | | |
| 68. DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001- $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 69. DFA US Large Cap Value - Retirement #7 | C | Dividend | M | T | Partial Sale | 8/5 | L | D | |
| 70. Dodge & Cox Stock - Retirement #7 | D | Dividend | M | T | | | | | |
| 71. Federated US Gov't 1 - 3 - Retirement #7 | D | Dividend | M | T | | | | | |
| 72. First Eagle Overseas - Retirement #7 | C | Dividend | K | T | | | | | |
| 73. Hotchkis & Wiley Mid Cap Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 74. Julius Baer International Equity - Retirement #7 | B | Dividend | L | T | | | | | |
| 75. Morgan Stanley International Equity - Retirement #7 | D | Dividend | M | T | | | | | |
| 76. Morgan Stanley Emerging Markets - Retirement #7 | A | Dividend | K | T | | | | | |
| 77. Royce Opportunity - Retirement #7 | D | Dividend | L | T | Partial Sale | 11/4 | J | C | |
| 78. Schwab Money Market - Retirement #7 | A | Dividend | J | T | | | | | |
| 79. Vanguard Growth Equity - Retirement #7 | A | Dividend | M | T | | | | | |
| 80. Westcore International Frontier - Retirement #7 | A | Dividend | L | T | Buy | 11/4 | J | | |
| 81. Westcore Mid Cap Value - Retirement #7 | D | Dividend | M | T | Partial Sale | 11/4 | J | C | |
| 82. Westcore Growth - Retirement #7 | A | Dividend | M | T | | | | | |
| 83. Westcore MIDCO Growth - Retirement #7 | A | Dividend | M | T | | | | | |
| 84. William Blair International Growth - Retirement #7 | D | Dividend | L | T | | | | | |
| 85. Janus Overseas - Retirement #7 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hotchkis & Wiley Large Cap Value - Retirement #7 | C | Dividend | M | T | Partial Sale | 11/4 | J | B | |
| 87. Royce Value Plus - Retirement #7 | B | Dividend | L | T | | | | | |
| 88. Third Avenue International Value - Retirement #7 | B | Dividend | L | T | Buy | 8/5 | K | | |
| 89. William Blair Large Growth - Retirement #7 | | None | L | T | Buy | 8/31 | L | | |
| 90. Schwab Money Market - Trust #1 | A | Dividend | K | T | | | | | |
| 91. SBC Communications - Trust #1 | B | Dividend | | | Sale | 8/2 | K | A | |
| 92. Dodge & Cox Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 93. Schroder Short Term Muni - Trust #1 | B | Dividend | L | T | | | | | |
| 94. Baron Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 95. Brandywine - Trust #1 | | None | K | T | | | | | |
| 96. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Buy | 8/2 | J | | |
| 97. First Eagle Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 98. Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 99. Hotchkis & Wiley Mid Cap Value - Trust #1 | B | Dividend | L | T | | | | | |
| 100. Janus Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 101. Janus Overseas - Trust #1 | A | Dividend | K | T | Partial Sale | 12/14 | J | A | |
| 102. Julius Baer International Equity - Trust #1 | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley International Equity - Trust #1 | B | Dividend | K | T | Partial Sale | 12/19 | J | A | |
| 104. Morgan Stanley Emerging Markets - Trust #1 | A | Dividend | K | T | Buy | 8/2 | J | | |
| 105. NB Fasciano - Trust #1 | A | Dividend | K | T | | | | | |
| 106. Royce Opportunity - Trust #1 | C | Dividend | K | T | | | | | |
| 107. Westcore Mid Cap Value - Trust #1 | B | Dividend | K | T | | | | | |
| 108. Westcore Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 109. Westcore MIDCO Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 110. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |
| 111. DFA Tax Managed US Small Cap Value - Trust #1 | B | Dividend | K | T | | | | | |
| 112. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | | | | | |
| 113. Third Avenue International Value - Trust #1 | A | Dividend | K | T | Buy | 6/28 | J | | |
| 114. | | | | | Buy | 8/2 | J | | |
| 115. Westcore International Frontier - Trust #1 | A | Dividend | J | T | Buy | 12/14 | J | | |
| 116. DFA One Year Fixed - Custodial #1 | A | Dividend | K | T | | | | | |
| 117. Federated US Gov't 1 - 3 - Custodial #1 | A | Dividend | J | T | | | | | |
| 118. Dodge & Cox Stock - Custodial #1 | A | Dividend | K | T | | | | | |
| 119. First Eagle Overseas - Custodial #1 | A | Dividend | J | T | Partial Sale | 12/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Janus Fund - Custodial #1 | A | Dividend | K | T | | | | | |
| 121. Julius Baer International Equity - Custodial #1 | A | Dividend | J | T | Partial Sale | 12/19 | J | B | |
| 122. Morgan Stanley International Equity - Custodial #1 | A | Dividend | J | T | | | | | |
| 123. NB Fasciano - Custodial #1 | A | Dividend | J | T | Partial Sale | 8/5 | J | A | |
| 124. PMA Common Stock - Custodial #1 | | None | K | T | | | | | |
| 125. Royce Opportunity - Custodial #1 | B | Dividend | K | T | | | | | |
| 126. Schwab Money Market - Custodial #1 | A | Dividend | J | T | | | | | |
| 127. Westcore Mid Cap Value - Custodial #1 | B | Dividend | K | T | Partial Sale | 8/5 | J | B | |
| 128. Westcore MIDCO Growth - Custodial #1 | A | Dividend | J | T | | | | | |
| 129. DFA Emerging Markets Core Equity - Custodial #1 | | None | J | T | Buy | 12/19 | J | | |
| 130. DFA International Small Cap Value - Custodial #1 | A | Dividend | J | T | Buy | 8/5 | J | | |
| 131. Baron Growth - Brokerage #1 | B | Dividend | K | T | | | | | |
| 132. Brandywine Fund - Brokerage #1 | | None | J | T | Buy | 10/18 | J | | |
| 133. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 134. DFA Tax Mgd US Small Cap Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 135. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | Buy | 7/27 | J | | |
| 136. | | | | | Buy | 8/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 10/18 | J | | |
| 138. DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | J | T | Buy | 10/18 | J | | |
| 139. Federated Short Term Muni - Brokerage #1 | B | Dividend | L | T | Buy | 7/27 | K | | |
| 140. First Eagle Overseas - Brokerage #1 | B | Dividend | K | T | | | | | |
| 141. Janus Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 142. Janus Overseas - Brokerage #1 | A | Dividend | K | T | | | | | |
| 143. Janus Mid Cap Value - Brokerage #1 | B | Dividend | K | T | Buy | 7/27 | J | | |
| 144. | | | | | Buy | 10/18 | J | | |
| 145. | | | | | Buy | 12/19 | J | | |
| 146. Julius Baer International Equity - Brokerage #1 | A | Dividend | J | T | | | | | |
| 147. Morgan Stanley International Equity - Brokerage #1 | B | Dividend | K | T | | | | | |
| 148. PMA Capital Common Stock - Brokerage #1 | | None | L | T | | | | | |
| 149. Schwab Money Market - Brokerage #1 | B | Dividend | L | T | | | | | |
| 150. Sound Shore - Brokerage #1 | B | Dividend | K | T | | | | | |
| 151. Westcore MIDCO Growth - Brokerage #1 | A | Dividend | K | T | Buy | 7/27 | J | | |
| 152. Schroder Short Term Muni - Brokerage #1 | C | Dividend | M | T | | | | | |
| 153. Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | K | T | Buy | 6/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 10/18 | J | | |
| 155. | | | | | Buy | 12/19 | J | | |
| 156. Royce Value Plus - Brokerage #1 | A | Dividend | J | T | Buy | 10/18 | J | | |
| 157. | | | | | Buy | 12/2 | J | | |
| 158. Third Avenue International Value - Brokerage #1 | A | Dividend | K | T | Buy | 6/28 | J | | |
| 159. | | | | | Buy | 7/27 | J | | |
| 160. | | | | | Buy | 8/29 | J | | |
| 161. | | | | | Buy | 10/18 | J | | |
| 162. Westcore International Frontier - Brokerage #1 | A | Dividend | J | T | Buy | 7/27 | J | | |
| 163. | | | | | Buy | 10/18 | J | | |
| 164. William Blair Large Growth - Brokerage #1 | | None | K | T | Buy | 7/27 | J | | |
| 165. | | | | | Buy | 8/29 | J | | |
| 166. | | | | | Buy | 10/18 | J | | |
| 167. | | | | | Buy | 12/2 | J | | |
| 168. Baron Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 169. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 170. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DFA Tax Mgd US Small Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 172. Dodge & Cox Stock - Brokerage #2 | B | Dividend | K | T | | | | | |
| 173. Federated Short Term Muni - Brokerage #2 | B | Dividend | L | T | | | | | |
| 174. First Eagle Overseas - Brokerage #2 | B | Dividend | J | T | Partial Sale | 1/5 | J | | |
| 175. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | Buy | 6/22 | J | | |
| 176. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | C | Dividend | K | T | | | | | |
| 177. Janus Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 178. Janus Overseas - Brokerage #2 | A | Dividend | K | T | | | | | |
| 179. Julius Baer International Equity - Brokerage #2 | A | Dividend | K | T | | | | | |
| 180. Morgan Stanley International Equity - Brokerage #2 | B | Dividend | K | T | | | | | |
| 181. NB Fasciano - Brokerage #2 | A | Dividend | K | T | | | | | |
| 182. Royce Opportunity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 183. Schwab Money Market - Brokerage #2 | A | Dividend | J | T | | | | | |
| 184. Schroder Short Term Muni - Brokerage #2 | C | Dividend | M | T | Buy | 8/16 | K | | |
| 185. SBC Communications Common Stock - Brokerage #2 | A | Dividend | | | Sale | 8/2 | J | A | |
| 186. US Treasury 8/15/05 - Brokerage #2 | B | Dividend | | | Sale | 8/15 | K | A | |
| 187. US Treasury 10/15/06 - Brokerage #2 | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Third Avenue International Value - Brokerage #2 | A | Dividend | K | T | Buy | 6/28 | J | | |
| 189. | | | | | Buy | 8/2 | J | | |
| 190. Westcore Mid Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 191. Westcore Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 192. Westcore MIDCO Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 193. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | Buy | 1/5 | J | | |
| 194. DFA One Year Fixed - Retirement #8 | D | Dividend | N | T | Buy | 3/21 | N | | |
| 195. Federated US Gov't 1 - 3 - Retirement #8 | D | Dividend | M | T | Buy | 3/9 | M | | |
| 196. | | | | | Buy | 3/21 | L | | |
| 197. Baron Growth - Retirement #8 | B | Dividend | K | T | Buy | 3/21 | K | | |
| 198. Brandywine Fund - Retirement #8 | | None | L | T | Buy | 3/21 | L | | |
| 199. DFA Emerging Markets Core Equity - Retirement #8 | A | Dividend | K | T | Buy | 8/5 | K | | |
| 200. | | | | | Buy | 11/4 | K | | |
| 201. DFA International Value - Retirement #8 | A | Dividend | K | T | Buy | 11/4 | K | | |
| 202. DFA US Large Cap Value - Retirement #8 | B | Dividend | L | T | Buy | 3/21 | L | | |
| 203. | | | | | Partial Sale | 8/5 | K | B | |
| 204. DFA US Small Cap Value - Retirement #8 | C | Dividend | K | T | Buy | 3/21 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Partial Sale | 11/4 | K | A | |
| 206. DFA US Micro Cap - Retirement #8 | B | Dividend | K | T | Buy | 3/21 | K | | |
| 207. Dodge & Cox Stock - Retirement #8 | C | Dividend | L | T | Buy | 3/21 | L | | |
| 208. | | | | | Partial Sale | 11/4 | J | A | |
| 209. First Eagle Overseas - Retirement #8 | B | Dividend | K | T | Buy | 3/9 | K | | |
| 210. Hotchkis & Wiley Large Cap Value - Retirement #8 | B | Dividend | L | T | Buy | 3/21 | L | | |
| 211. | | | | | Partial Sale | 8/5 | J | A | |
| 212. Janus Fund - Retirement #8 | A | Dividend | M | T | Buy | 3/9 | M | | |
| 213. | | | | | Buy | 3/21 | J | | |
| 214. Janus Mid Cap Value - Retirement #8 | D | Dividend | L | T | Buy | 3/9 | L | | |
| 215. | | | | | Buy | 3/21 | J | | |
| 216. Janus Overseas - Retirement #8 | A | Dividend | K | T | Buy | 3/21 | K | | |
| 217. | | | | | Partial Sale | 11/4 | J | B | |
| 218. Julius Baer International Equity - Retirement #8 | B | Dividend | K | T | Buy | 3/21 | K | | |
| 219. | | | | | Partial Sale | 11/4 | J | A | |
| 220. Morgan Stanley Emerging Markets - Retirement #8 | A | Dividend | K | T | Buy | 3/21 | K | | |
| 221. | | | | | Buy | 11/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Morgan Stanley International Equity - Retirement #8 | D | Dividend | M | T | Buy | 3/21 | L | | |
| 223. NB Fasciano - Retirement #8 | B | Dividend | K | T | Buy | 3/9 | K | | |
| 224. | | | | | Buy | 3/21 | K | | |
| 225. | | | | | Partial Sale | 8/5 | K | A | |
| 226. Royce Opportunity - Retirement #8 | C | Dividend | K | T | Buy | 3/21 | K | | |
| 227. Royce Value Plus - Retirement #8 | B | Dividend | L | T | Buy | 3/21 | K | | |
| 228. Schwab Money Market - Retirement #8 | A | Dividend | K | T | Buy | 3/9 | N | | |
| 229. | | | | | Partial Sale | 3/9 | N | | |
| 230. | | | | | Buy | 3/21 | P1 | | |
| 231. | | | | | Partial Sale | 3/21 | P1 | | |
| 232. StoneRidge Small Cap Equity - Retirement #8 | | None | K | T | Buy | 3/9 | J | | |
| 233. | | | | | Buy | 3/21 | K | | |
| 234. | | | | | Partial Sale | 8/5 | J | A | |
| 235. Third Avenue International Value - Retirement #8 | B | Dividend | L | T | Buy | 3/21 | K | | |
| 236. | | | | | Buy | 8/5 | K | | |
| 237. Vanguard Growth Equity - Retirement #8 | A | Dividend | K | T | Buy | 3/21 | K | | |
| 238. Westcore International Frontier - Retirement #8 | A | Dividend | K | T | Buy | 3/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | 3/21 | J | | |
| 240. | | | | | | 11/4 | K | | |
| 241. Westcore Mid Cap Value - Retirement #8 | D | Dividend | L | T | Buy | 3/9 | L | | |
| 242. | | | | | Buy | 3/21 | K | | |
| 243. | | | | | Partial Sale | 11/4 | J | A | |
| 244. Westcore MIDCO Growth - Retirement #8 | A | Dividend | L | T | Buy | 3/21 | L | | |
| 245. William Blair International Growth - Retirement #8 | B | Dividend | K | T | Buy | 3/21 | K | | |
| 246. | | | | | Partial Sale | 11/4 | J | A | |
| 247. William Blair Large Cap Growth - Retirement #8 | | None | L | T | Buy | 4/7 | L | | |
| 248. Equitable Variable Life - Alliance Common Stock | | None | L | T | Buy | 11/3 | J | | |
| 249. Equitable Variable Life - Alliance International | | None | K | T | Buy | 11/3 | J | | |
| 250. Duane Morris LLP Partnership Capital Account | D | Dividend | M | U | | | | | See note in Part VIII |
| 251. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |
| 252. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 253. PNC Accounts | A | Dividend | K | T | | | | | |
| 254. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 255. Wescott Nova LP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PMA Restricted Stock | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 03/30/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1.  Section VII. Retirement #1 was in a company Qualified Plan that was transferred to an IRA Rollover (now Retirement #8) in March, 2005.
2.  Section VII. Retirement #4 was liquidiated on 9/30/05 and the proceeds distributed. The retirement plan was terminated by the company.
3.  Section VII. Brokerage #1. Julius Baer International Equity (line 146) was in advertantly left off the Initial and 2004 Financial Discloure Reports. The initial purchase was on 5/8/02. The value code was "J". There have been no additional buys or any sales since inception. The income code for total income since inception is "B", with the type being "Dividend".
4.  Section VII. DM Partnership Capital Account (line 250). As disclosed in Section II, Agreements, the Filer receives a return of capital in 2005, 2006 and 2007. In 2005, the Filer's return of capital had a value code of "M".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _April 4, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544